C. Michelle Cantrell

███████

Coos Bay, OR 97420

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

May 2, 2024

RE: United States v. Schyular Q. Willis

Dear Judge Howard,

I am Michelle Cantrell, Schyular's mother, and I am married to my closest friend and biggest supporter, Jason Cantrell. Our daughters have been best friends since 2004, and we have been friends for just as long. Unfortunately, it took going through a few very toxic and two abusive marriages for me to realize my self-worth finally. Admitting this is not an easy thing to do.

I am the mother of six beautiful and unique children. Their names are Anya (25), Schyular (23), Timothy (22), S███ (17), A██████ (15), and A██████ (11). I am also a bonus mom to two more children on my husband Jason's side, who are 31 and 24 years old, respectively. Additionally, I am a proud grandma to an adorable little boy named Boog, who is turning three and shares a birthday with my son Schyular.

I have spent the last two months writing this letter, only to delete and rewrite it multiple times. I feel ashamed, embarrassed, and angry with myself. How can I possibly sum up 31 years of pain and hurt in just a few paragraphs that have led to me writing this letter on behalf of my son? I married for the first time at 21 and moved to Twentynine Palms, where my second child, Schyular, was born. Following that, we were sent to Camp Lejeune, North Carolina.

When Schyular was born, I was excited to bring him home from the hospital. But my happiness was short-lived when I was served with a Petition for Custody from Jason Willis just a few days after. This brought a new kind of chaos into our lives, and I was constantly afraid and anxious. I had to go to court and deal with accusations of child abuse, and the first year of Schyular's life was a blur. Looking back, I realize that I didn't get to enjoy raising him as much as I did with his older sister, Anya. Life had other plans, and I became pregnant with Timmy even while on birth control during this chaos. Interestingly, the doctor who delivered Timmy tried to delay his birth so that he would arrive on Schyular's birthday, but Timmy had other plans and was born on May 25, making him 364 days younger than Schyular. It's a funny little story, and I couldn't have planned it if I tried.

As if things couldn't get any worse, postpartum depression hit me like a ton of bricks in 2021. My marriage was already on the rocks, and it snowballed into pure disaster. Then, everyone's life in the United States was changed forever by 9/11. I would love to say I left on my own accord because I knew my children deserved better, but I didn't. It wasn't until he found someone new and was tired of married life that he sent Anya, Schyular, and me back to California to be out of his hair. At this point, I was turning 22 years old, a mother to three children under the age of three, and had no money as I was not allowed to have a checking account, no vehicle, no home, and still suffering from PPD.

My mom took me and the kids to the same two-bedroom 2, 2-bath, 733-square-foot apartment where I spent 12 years growing up. I was lost, hurt, and angry at everyone and anything during this time. I hated that I was sharing a bedroom with my children and was incredibly embarrassed that I was on TANF. Schyular's father told me he received a job transfer to Florida during this time. The memories of being dragged in and out of court hit me like a ton of rocks again: the dread, the fear piled on top of PPD, and feeling like a failure; I agreed to one of the worst decisions I have ever made in life. I decided to let Schyular move to Florida with his father and relinquish my physical custody to his father. Trying to co-parent with Mr. Willis was not an easy task. He slowly chipped my presence out of Schyular's life while simultaneously I was trying to get a divorce and find my son Timmy, whose father took him to Ohio to be with his grandparents while deployed to Afghanistan. At this time, the courts put a stay on the case and did not view this as a familiar kidnapping as we did not have any parenting plan.

Fast forward to 2004, I am divorced, putting my life back in order, and gained employment with an excellent global manufacturing company, allowing me to provide for my children, obtain our very own apartment, and heal. During this time, my presence in Schyular's life kept fading faster than I knew how to handle it. I was barely treading water and keeping my head afloat. At the time, I forced myself to believe I was making a good choice for Schyular, and his happiness meant more than my selfishness in wanting to be his mom. Around this time, I meet my second husband, Travis. What started as a whirlwind of romance quickly turned into 14 years of a new kind of hell. I knew in 2010 we would never work out, but I was holding on because, at this point, I have two more children, Sylas and Ashlynn, with Austyn on the way. I believed I was worth absolutely nothing, could not provide for my children, and was just broken down to nothing. I passed many years counting down until Austyn turned 18 and how I would finally leave. I did not value an ounce of myself or my life.

It wasn't until 2018 when Anya was finishing her first year at U.O., that she and Timmy disclosed the abuse they were experiencing at the hands of Travis. To learn that I had not shielded them from any of the ugly of life, that I had not protected my daughter from a monster that stole her innocence nor my son from his mental and emotional abuse. That was when I said no more; my children deserved more than what they were living in.

2019 was another rough year, but it had some very high points. I purchased my business from my bosses on an incredibly generous loan, filed for divorce from Travis, and started to reconnect with Schyular. I also threw myself and my little kids into therapy, learned how to live a healthy life, and leaned on my best friend, now husband, Jason, to keep me afloat.

Schyular and I have slowly rebuilt our connection in the past five years through text and video messages. Schyular had started to connect with S▇▇, A▇▇▇▇▇, and ▇▇▇▇▇▇, his youngest three siblings. Unfortunately, due to his father's actions over time regarding Anya, she put a wall up and was unwilling to allow Schyular in her life for fear of his father. It wasn't until he left for boot camp and away from the control of his father that she allowed the door between them to be cracked.

From the summer of 2020 to September 2023, Schyular and I's communication increased to regular chats. When my texts in September 2023 went unanswered and turned green, I started to worry. I chalked it up to him being in the field and forgetting to let me know, or he didn't pay his phone bill, which the kids have all done at some point. By December, I couldn't ignore the nagging feeling something was wrong. I contacted my mom, Schyular's grandma, to see if she could find anything from his father. Even 23 years later, I was still afraid to reach out to the man because every time I reached out to him, he thought it was an invitation to insert himself into Anya's life, and I wouldn't let that happen again. So I did the next best thing: I spent hours scouring the internet. Nothing appeared until the week after Christmas—one link on PacerMonitor.com to a case with Schyular's name. At first, I chalked it up to just a coincidence that someone has the same first name as my son, spelled the same way.

Finally, I paid to access the file, and that is when my already chaotic life came to a halt and plummeted. I spent weeks refreshing the website, trying to stay on top of everything, reading each document multiple times, and searching more until I learned I could contact the Federal Defender. I couldn't bring myself to pick up the phone, so I emailed Mr. Eaton. It didn't take long before I received a call from Federal Investigator Mr. Roberts. He was kind enough to pass my contact information on to Schyular. After learning of the charges, it took me a long time to write my first letter to my son. I mean, what does one say to their child when they learn of poor choices that have affected a young girl, ripped his life to shreds, and thrown into this? What do you say to your son, whom you love more than anything and have not spent a single day since he moved to hate yourself, when you learn of the charges? What does one say when they read the filings and realize that their son is in prison for action and behavior that they are currently in the depths of hell fighting with their 15-year-old sister? Since June 2023, I have spent every day trying to keep her safe from herself, adult males, and the internet. I have spent more time in our local police station, begging and fighting for help. I have surrendered phones, tablets, and school Chromebooks for the police to search. I am still in the middle of fighting this battle on one end of the spectrum and watching my son face the consequences of his actions on the other.

Schyular and I have talked almost daily for the past month and a half. It's interesting how his current situation makes it easier for us to talk about some of the more complex issues we had previously avoided. However, given the current circumstances with his little sister, I still don't know what to say about everything that has happened. Part of me wants to scream and yell, while another part of me wants to hold him and cry. I can't deny that since I found out, I haven't blamed myself for not being a stronger mother for him. I can't say that I haven't spent sleepless nights replaying the events that led to this, regretting everything, and scolding myself for choosing the wrong men to be in our lives and to be my children's fathers. I want to say that I am working on moving through it, but I can't, not until both of my children are healed and safe from this period.

Generational trauma is a harsh reality that cannot be ignored. As a parent, I regret not being able to prevent it from affecting my children. However, I am determined to be there for them, support them, and remind them of their worth. My deepest desire is for my child, Schyular, to emerge from this mentally and emotionally stronger. He needs to believe in himself and know he can choose the path he wants not to. I long for the day when I can hold him again, build new memories together, and help him and his siblings have a better relationship.

Respectfully,

*C. Michelle Cantrell*

C. Michelle Cantrell