Margaret Kroboth
<span style="background:black">████████████</span>
Sebastian, Fl. 32958
January 10, 2024

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard

    My Name is Margaret Kroboth, I am 73 years old. I had my first child at the age of 18 and my last child at the age of 26. I have 6 children. So I grew up with my children. At the present time I have 20 grandchildren and 21 great grandchildren. Plus, families that do not have grandparents, I have adopted them so their children have a grandma. That gives me another 4 grandchildren and 7 great grandchildren. I love them all. I worked as a Certified Nurses Aid for years taking care of the elderly. My next job was a street sweeper and vac haul driver. Cleaning streets and sucking up leaves. Then I entered retail working at a grocery store, first in the deli dept, from there to the back door receiver and on to Scan File coordinator. By the time my last child graduated from high school I was ready to retire at 45. I then became the caregiver for my husband's mother who had Alzheimer's. At the same time I did the books for my husband's business. In order to take care of your family you have to want to do it. I took care of my mother in law from August 1995 to January of 2006. I then took care of my Parents from December of 2006 to December of 2009. When they passed I also took care of my grandchildren and great grandchildren, I still do to this day. I am very involved in their lives. Some of my grandchildren went to Head Start PreSchool. I became involved with head start. Making bulletin boards for them . did fundraisers with them. Attended all the holiday festivals with the children in school. With the older children I made sure there was money available at their book fairs. I also help the elderly by driving them to their doctor's appointments, taking them shopping or going out to lunch with them.

    Krystle Harding was born in 1985 by my daughter Patricia who was 16 years old. Patricia took Krystle to school with her till Patricia graduated. Krystle was my very first grandchild. I was over the moon with her. There was nothing she wanted or needed while she and her mom lived in my house. When Krystle got married to her 1st cousin once removed cousin it was at my home in Florida. When her son was born, I was there. Giving her things the baby needed. When she and her husband moved down to Sebastian, I babysat to help them out. In 2006 when they got evicted from their home, I was the one that took Krystle and the baby in till they moved up north to New York to live with her mom. Her husband had left her, when she came back to Florida, she was with the two children. Again, I babysat the two children while she worked, at her home I did laundry, cleaning, sometimes getting dinner for the children. When Krystle got evicted from that home, I asked my daughter to rent it to her. I babysat there too, taking the children to doctors' appointments. Back and forth to schools. I have always been there for Krystle. I have always lived with my son Jason, so Krystle felt I loved Schuyler more than her children. So, Any time Joshua got into trouble it was always Schyular's fault. Even though

Schyular was 4 years older than Joshua. Krystle's hate for Schyular was very strong. Then and now.

       P█████ Harding is my great granddaughter. I feel sorry for her and the life she has had to endure with her mother. Her mother is unfit in my opinion. It is obvious she cared about her boyfriend and weed more than her children. P█████ was Three or four, while I was watching them some of her brother's friends came over. Joshua would tell them to come into my bedroom and P█████ will show you her vagina. I told Krystle this and she did nothing to stop it from happening. I would come over and find the kids in the bedroom unsupervised. I would separate them. Years later when P█████ was Seven all of a sudden Krystle up and moved back to New York. I later found out it was because her boyfriend Jeston Harris started to molest P█████ and Krystle was afraid the family would find out. This continued for 4 years Krystle , her boyfriend Jeston Harris had moved back to Florida with her mother Patricia Woodin, Krystle knew Jeston was molesting her daughter and would do nothing about it. Said P█████ did not want to call the police on him. What child knows the seriousness of molestation?  Krystle did nothing about it, no charges were put on him. This kept up until Krystle's mom Patricia moved out of her rental and told Krystle she had to move also. Although Krystle knew she had to move for a year she didn't save anything to move with. So P█████ and her son Josh moved in with Jason, myself and Schyular, all the children got along and we had no issues in my home. Krystle and her boyfriend moved into a pop-up camper with their dog. Having no electricity or water available it was not fit for children. Krystle's son Josh had cancer and was dying, when she was told her son wouldn't survive, she reached out to the children's father Big Josh. He came down and stayed with her until their son died. After her son's death, P█████ bragged happily about being an only child.

       Krystle broke up with her boyfriend and got back with P█████'s father. However, P█████ still called and talked to Jeston on the phone. Eventually Krystle and Josh and P█████ moved up to a motel in Jacksonville to be closer to her Dad's job in Jacksonville Florida. Leaving P█████ alone caused trouble at the motel so they were asked to leave. They moved to another Motel and it happened again leaving P█████ alone. So they were asked to leave again. They moved into a small trailer on their boss's land. P█████ used to yell at her parents to end their sex because it rocked the trailer real bad. And they're being very vocal while doing it. I believe letting your child be molested for four years and doing nothing about it makes Krystle an unfit mom. P█████ needs therapy. I believe that P█████ will target older guys and will look for anyone to give her attention, even if it's negative attention. Being molested for 4 years and never getting therapy has really harmed P█████.

       My hope for P█████'s future is that she is removed from her mother's care and sent for intense sexual and emotional trauma therapy. She needs a home where she can be loved and taught right from wrong. She needs to know what was done to her was not right. I fear for P█████'s future children if she doesn't get help.


Sincerely,
Margaret Kroboth

Jason Willis

Sebastian, Florida 32958

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,


My name is Jason, and I am Schyular's father. I am also P████'s uncle from her mother's side and cousin from her father's side. I write this letter with a heavy heart because I failed both P████ and Schyular.

I spent twenty years in the U.S. Army, in which when I was away my son stay with either my mother of my sister Hannah I now work for Waste Management from the last 10 and half years, Coming from a large family I thought it was very important for Schyular to know his cousins, So we did family trips, like camping, going on cruises, driving or flying around the country to see family in other states. My older siblings had children, who were a lot older than Schyular, only about six around his age. Most of his first cousin females outnumber the males almost six to one so basically, he always had a female cousin around to play with. Not once growing up did any one of his cousins ever say that Schyular made them feel uncomfortable or made a sexual advance toward them. Once his cousins had children of their own and they were close in age, they were included in our adventures. Many times, I would have between eleven and thirteen children with me. I even took them to church where we would use two pews and people thought I ran an underprivileged group, or foster home.

I had a few nieces and nephews and his or her respective children move in with me. P████ and her brother Joshua were two of them. Even after Joshua passed away, P████ stayed while her parents lived in a camper which I owned. While living at my house I would get asked from time to time if Schyular did not like her and some of the other children. I would tell you why you ask. Always the same thing he really doesn't talk to us, I had to tell them, well that is because you are at a different point in your life then he is and when we take trips or go camping does he talk to you then? Yes, they would reply. So, for years there has never been an issue, or concern with Schyular or any of the children who have been in my house.

I failed P████, because I had noticed at eight years old, she was still peeing the bed. I had asked about it saying it was weird and normally a sign of sexual abuse. I was told to mind my business and the only reason I was saying this is because I did not like P████. It was thru there were issues because P████ would act out, saying things which an eight year shouldn't Krystle and her children moved back to New York and when they came back Joshua joined my Boy Scout troop so him and P████ were joining the other children on our trip camping to the beach, camping, hiking or whatever we did. Even after she came back, she was still peeing the bed and I heard her make comments about going into the woods with a boy if he gave her whatever item

he had that she wanted. Again, I went to her grandmother (my sister), her mother and her great grandmother (my mother).  I was told by my mom and sister I was saying because I did not like P▇▇ and Krystle said yes P▇▇ has made some inappropriate comments and that she would talk to her. Not sure if she did. I did not push it. One day my niece Sara (Krystle's sister) and I took her children, P▇▇ and her cousin, my nephew to the beach. P▇▇ played with her cousin and then met another girl there. She was playing with the girl and the girl's father. Well P▇▇ jumped on this guy and hung all over him and would not let go. Every time he broke free, she would climb on him again. So, Sara and I saw this and were walking toward them on the beach in the water. The wife walked over and said she is sorry and does not know why the girl is all over her husband and that she knows he is not trying anything. We acknowledged what she said and when she turned away Sara said, and I agreed that something is wrong with P▇▇ and swear something has happened to her. We got P▇▇ and explained that she cannot hand on men like that, and she honestly could not understand the big deal.

Schyular while in high school, was in Boy Scouts He really loved the program and got along with many of the young men and even young ladies in Venture Crew. He got a job in town at TJ's pizza where he worked with many people over the years, young and old, males and females. Never had he been accused of making comments or inappropriate comments. He was very shy in this case even when a coworker Morgan would flirt with Schyular. He liked her but just could not flirt back because she was more open sexually then he was. He believes sex is a private thing and waiting to be in love and married is the right way of going about it. So, he would never make a move and I had been asked many times from different people about this. I always said my son would need a strong woman to tell him to come here and make the first move or nothing would happen. I get we live in a world of technology and behind a keyboard people feel safe and secure, so they can write anything. Back in my day it was called beer guts because after drinking you had the guts to approach and ask a woman out or kiss if you were out. Now we have keyboard warriors, and they can sit there and write what they want, send pictures or videos because they are not going to face the person on the other side of the screen. This was Schyular. He had a girl he talked to, and they flirted and became close over the phone. She came down to see him with another girl and they stayed in a hotel together. I talked to him the next day because the family had a trip planned and the girls could have come but they didn't. I asked what happened and he said nothing, they just hung out. I said wait you like this girl she came to see you and you did nothing, he said he could not because there was her friend and that would be disrespectful Also they laughed and had fun, but he felt a little weird because they were face to face/ He was twenty two at the time, and made me think of a story from when he worked at TJ;s. For his twenty-first birthday Sam. Kyle, and Vincent wanted to take Schyluar to a strip club. Schyular has been a hard no ongoing for years, so it made his buddies want to take him even more. Schyular finally said yes and the four went up. After an hour of being there they left, and I asked Schyular how it went when he got home. He told me he didn't like it and that he could not understand why people go. It is just disrespectful to the women there. So, I had seen Vincent a few days later and he told me Schyular was an ass. After thirty minutes Schyular wanted to go there. He did not want women to take their clothes off, he did not want to drink, he did not want them to give him a lap dance. He just did not look comfortable or happy being at a strip club. Unfortunately, Kyle and Sam are no longer alive to back the story up, so I only have Vincent's word.

There was another coworker Lilian, who Schyular became friends with. She had a troubled life and seemed to go out with jerks. Schyular being Schyullar he wanted to be there for her and help in any way. He could relate to her saying she didn't always fit in or that she did everything, and her boyfriend still was a jerk. Schyular is a poster boy for good boys finish last and it carried over in the Marines. Schyular is not a fighter, nor a drinker and he is not going to lie and sleep

around. So, he just did not really fit in with his peers. He would get along with couples more than he would with Marines who were single. So, he would get lonely, because it is hard being a third wheel.

So, the last time Schyular came home I had P▮▮▮▮ ask me again why does not Schyular like me? I told her he just has nothing in common with you to talk about. If you are into anime and the same ones, he is into then you would have something to talk about and you would see that he does like you. Next time she came down she was wearing an anime shirt; from a show he watches.

I failed P▮▮▮▮ because I should have pushed harder for what I saw and suspected what was going on with her. If I had, I would not be writing this letter right now. As for Schyular I failed because I know the feeling of being away and lonely. I know what it is like to feel that you don't fit in, maybe this isn't where you belong. I felt like that when I was a private in the Army. I should have talked to him and told him the stories of my early years in service. Let him know that what he was feeling is common and he can get through it. I warned him about females who had a rough life growing up and just looking for someone to love them. To care for them, but I should have shown him what to look for. So, I failed Schyular here, and I understand he \needs to be held accountable. He is a good man with a big heart who thinks of others before himself. Friends and family can contest that. As a NCO in the Army, I had to give out rewards and punishments to too many Soldiers. I have seen good people do good things and bad people do good things. The same as I saw bad people do bad things and good people do bad things. So, I always looked for the intent: did this person get emotionally caught up and make poor choices or did this person make the choice to hurt, take advantage or another. Schyular did not have to intend to hurt or take advantage, he let his kindness and big heart get trapped for feeling for another and made -poor choices. He did not and will not seek out underage girls to have a relationship with. When P▮▮▮▮ and he started talking his intent had nothing to do sexually, instead it was just to enjoy a conversation over a common subject. Only positive thing to come out of all of this is, P▮▮▮▮ told the authorities how her mother's boyfriend Jeston (Jesse) had molested her for years and that Krystle had known and did nothing. After P▮▮▮▮ told the authorities, Krystle admitted she knew as well to them. Now hopefully can get help and begin to heal and hopefully the authorities will go after Jesse and Kryslte for what they did to P▮▮▮▮.

I know you do not know Schyular and there are those who will paint him as an evil man, but I do hope that you see how kind and gentle he is, and how those that have known him personally on a day-to-day relationship have in his or her words painted a picture of a, man who is not a child molester, sexually predator. And would love to have him home very soon with us.

Thank you for taking to the time to listen to me and I am sorry that I failed both Schyular and P▮▮▮▮

Respectfully,

Jason Willis