

SCHYULAR WILLIS Family Tree