Crystal Justice

Sebastian, Fl 32958

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

 My name is Crystal Justice. I am a mother, my children ages are 20,18,16,15,11. My oldest and youngest are girls and the other three are young men. I am writing this on behalf of Schyular.  We know him through his Aunt Hannah as my youngest child attended daycare at her residence long ago and we became friends.
We went camping a lot at the Sebastian inlet. Schyular and Jason along with many other children would join our camping trips.  I always feel like all of our children can be trusted, they always stay in groups and play together in several activities from swimming, Canoeing, gathering wood or sticks for roasting marshmallows. My oldest and Schyular are closer in age, they would often help taking the younger ones to the park, potty breaks , watch over younger ones that didn't want to participate in whatever activity we may have been doing.  Schyular is always so pleasant, respectful and helpful.  He always told us stories of Boy Scouts and the activities they did and how I should sign my boys up to join and become more involved with the community.  Jason and Schyular, always around Christmas time would come over and take any of my children that wanted to go see Christmas lights in our community.
Schyular joined the military a couple years ago and when he came home for visits him and his father Jason always came by to say hello and we would speak about what he has learned/ and different training of the military.  Schyular and Jason both helped me as a first timer having a family member be in the military as my oldest son joined the Army and I was a wreck. Schyular and Jason last visit at my house was not only friendly but just what I needed to help ease my mind as a mother, it made me realize I wasn't the only one that ever panicked or felt like I wouldn't have contact with my son. Words couldn't thank them enough during that time for me I was so grateful and thankful for the support.   I always see Schyular future as being a strong happy independent man continuing his path towards his own goals as well as his career commitment.


Respectfully, Crystal Justice

Lilian Cooney<br>
<br>
Sebastian, Florida 32958<br>
<br>
5 February 2024

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

  My name is Lilian Cooney, and it is a genuine honor to write this letter on behalf of Schyular Willis. I started working with Schyular at Tj's pizzeria about 4 years ago, when I was a sophomore in high school. From my very first interaction with him, he has been nothing short of a respectful, kind, honest and dependable coworker. With that being said, I have seen people try to take advantage of him for his kindness, and I know that he can be easily influenced due to a lack of maturity. While working alongside Schy, countless employees came and left, and he treated every single one of them with equal amounts of dignity and respect. In my experience, Schyular has always been a dedicated and persistent young man and has always gone above and beyond for myself and others around him. I know that Schyular takes great pride in his character, and I can confidently say that I'm certain he remains true to himself and his values, even though his current situation. It was always a pleasure being around Schyular and I am honored to have built a relationship with such an amazing person. It is my hope that the court takes the true character of Schy and how much this matter means to myself and others into consideration.

    Sincerely,
     Lilian Cooney

Kristen McGrath<br>
1589 Polynesian, Ln<br>
Sebastian, Fl 32958<br>
7724538889

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

My name is Kristen McGrath and I am writing this letter in regard to Schyular Willis. I have personally and professionally known Schyular for the past 7 years. I am the manager at TJ's pizzeria in which Schyular worked before joining the military. Schy was always such a wonderful person to work with. He was one of those employees that came to work early, always stayed later than expected and went above and beyond for anybody that he knew.

I, alongside Schy have worked with countless numbers of employees both male and female. I have never once seen Schy disrespect or degrade someone. He was always courteous and extremely respectful to everyone he met whether it be at work or in the community. A lot of people around his age would say he is weird or even nerdy for the way that he acted and talked that is why several people tried to take advantage of his kindness because he can be easily persuaded and manipulated. Schy is such a loving young man, with a heart of gold. I sincerely hope this letter helps you to better understand who Schyular and how much he means to me.

Sincerely,
Kristen McGrath

Courtney Gough

Jackson, NJ 08527

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

My name is Courtney Gough and I am writing on behalf of Schyular Willis. I have known Schyular for ten years, and I worked with him for two and a half years at TJ's NY Style Pizzeria in Sebastian, Florida. Schyular is not only a great friend, but he was also a great employee when we worked together. He has a great work ethic, was always willing to pick up extra shifts, or stay to lend a helping hand with no complaints. He was always willing to learn new skills to make everyone's job a little easier, even if they were not in his job description. He was always respectful to not only myself, but his fellow coworkers and customers. Although other employees did not like being told what to do by a female, Schyular never once talked to me out of character. He never called me names, talked back to me, or cursed at me, no matter how stressful work was. Schuyler's father, Jason, raised him to be a caring, friendly, big-hearted gentleman who would do anything for anyone and that is how he turned out. If you know Schyular, you know him to be a gentleman who likes to make others laugh with his goofy personality. He could make even the grouchiest people crack a smile by just being his silly self. If you have any questions regarding Schyular in the time I have known him, and worked with him please do not hesitate to reach out to me. I can be contacted at courtneygough or my cell phone (732) . Thank you for your time,

Respectfully,
Courtney Gough

                                          Sara Butler

                            Sebastian, Florida 32958
                            December 15, 2023

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

      I am Sara Butler, I am 34 years old. I have gone to college to be a licensed beautician for 10 years. I went to school to become a registered behavioral tech. A multi-site supervisor for an adult home. Then I became a job coach. Helping people with special needs finding jobs and getting them ready to work in the community. I became a housing specialist. This was to help people with special needs to get homes of their own. using find funding to help pay their rent. I then worked in a daycare being a preschool teacher getting the children ready for kindergarten. Then I became a PCA helping autistic teens with their everyday living skills. Now I have a job in retail to give me more time with my children's school activities. I have three children, J\_\_\_\_\_ 16 years old, Z\_\_\_\_\_ 13 years old, K\_\_\_\_ 12 years old. My son J\_\_\_\_\_ is Autistic.

      I am Schyular Willis's Aunt. I have known Schyular since he was born. He has always been polite to everyone in our family. As a child he played with my sons and there were never any issues. Schyular Has been in Scouts with my sons. And has gone to church with us for years. Schyular has acted like a big brother to Jasheem him since he was 3 years old. Schyular always included Jasheem in everything he did. Boy scouts, he made sure Jasheen learned how to do all things the right way. It did take longer for Jasheem to catch on. Schyular had the patience to work with him. Going Camping with the family, going canoeing, swimming, walking on trails. Going to church with him. Schyular worked at a pizza place and delivered pizzas to us. He again was very polite in doing it. I believe Schyular has a lot to offer our future generations if given the chance. My hope for Schyular's future would be to see him be a productive adult within society. To find his gift, and then give back to the community.

Respectfully,

Sara Butler

Timothy Scott Lopez

Sebastian, Fl 32958

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

 My name is Timothy Lopez and I am writing on behalf of Schyular Willis. I have known Sky as we call him for about 13 yrs or so. I knew him when he was a preteen on a personal level. I also employed him at my pizzeria for about 4.5 yrs. He was always nice and respectful kid and young man. He was always at work early and paid attention to details to do the right thing. He was one of the best and trustworthy employees I ever had in the 20+ yrs I have owned my own businesses. During his time as an employee, he was also my coworker as I've always been a hands-on owner during due to the fact, I'm a small business. During the yrs Sky worked with me he also worked with over 50 different people at different times male and female ranging from age 14 up to age of 60. I never seen Sky disrespect any employee let alone a female. All the female employees of all ages enjoyed working with him. He also offered to pick up heavy stuff for them or grab boxes off the cooler cause they couldn't reach, and it was easier for him to walk over and grab them than have the girls get on a step ladder. He did this and other such things time and time again over the years without being asked. No female ever acted or looked uncomfortable working side by side with Sky as we all do in a small pizzeria. Sky is a great kid who sometimes could be easily mislead and not know per say that he was doing was possibly something wrong. The only downside of Sky that I can think of is that his maturity level is lower than his age in that regard. And if not for those 2 issues I do not think he would be in a position where I would be writing this letter at all. I hope this letter helps you better understand the kid I know and love.

    Sincerely,
     Timothy Scott Lopez.

Kimberly Maxwell<br>
██████████<br>
Vero Beach, Fl. 32967<br>
December 19, 2023

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

I am Schyular's Aunt and have known him since he was three years old. I am married and have 3 children, Tiffany 23, Alyssa 20, and my son A█████ 11 years old. For 21 years I was a preschool teacher at Head Start, I have a bachelor's degree in early childhood education. Right now, I am the manager of Dunkin Donuts and have been there 5 years. I volunteered with Boy Scouts as a pack leader.

My mom babysat my oldest while I was at work. Tiffany and Schyular were inseparable, they played and learned together all day. When they turned 4 they went to Head Start together and have supported each other through school tribulations.

Schyular was very active in Scouts and church, any time I needed volunteers on weekends or during the summer. for activities with my students, Schyular was always there to support me. He is always polite and caring. I participated with Schyular while he was in Scouts. My family went to church together with Schyular.

Schyular always wanted to belong to groups, and because of it he would be overzealous. To the point where kids would try to bully him. Still, he just wanted to be friends so he would put up with a lot of stuff, especially because he didn't care if they were a boy or girl, playing with dolls or playing cops and robbers. He just liked being happy and making others happy. Girls liked to play with him because he would go along with whatever game they would want to play. He would never push anyone into doing anything. Now Schyular has no issues playing by himself and was perfectly fine going out for a walk or bike ride alone. Normally he would meet some child and they would end up playing because he never wanted to exclude someone. As Schyular got older he was still the same. He would like a girl but would not ask her out because she had a boyfriend or had dated a friend of his and he thought it was disrespectful to date a girl who had dated a friend of his. When the subject of sex came up, he would not talk about

it and would get embarrassed when discussed in his presence. He was like this all through his teens, and into his 20s.

I would love to see Schyular continue in the Military, giving back to his country. I know Schyular has a good heart and wish only the best for him.


Sincerely,
Kimberly Maxwell

<u>Hannah Lloyd</u>

Sebastian, Fl, 32958

Honorable Marcia Morales Howard
United States District Judge, U.S. Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re: United States v. Schyular Q. Willis

Dear Judge Howard,

Hello, my name is Hannah Lloyd, my address is [redacted], Sebastian, FL 32958. I am married to Harold Lloyd for a wonderful 29 years. I have 2 biological children that are a 34-year-old girl and a 29-year-old boy, I also have an adopted daughter that is 14. I have lived in my house for 30 years. I worked in retail for 10 years then decided to go to college for a degree in Early Childhood Education, during my years of college I also worked full time for our local Head Start preschool program for low-income families for 8 years. Then I opened a large family daycare and took care of and educated children from infant through 5 years old. In late 2017 due to health reasons, I closed my daycare and started working for Disney Vacation Club at one of their local resorts. I have volunteered as a girl scout leader for 9 years teaching girls to be the best version of themselves.

 I have known Schyular since he was 1. Schyular was a well-behaved child and always polite and helpful. Schyular stayed with my family while his dad was overseas, and his grandma was helping her dying father.  Schyular got along with my children that were slightly older than him, he played video games with my son, did his homework, and had great grades at school. One of my favorite memories of Schyular is when he was in second grade, we went to dinner at a Chinese restaurant, and they had a banquet room. Schyular looks over at the room and says with confidence "I know what that is" pointing to the room. I said what is it? Schyular says "it's the be quiet room" I said yep, your right and we all laughed. Schyular went camping with us as a teenager while my older kids had moved out, I had another little girl that's about ten years younger than Schyular, he helped her learn to ride a bike, he would play on the playground with her and in general be a great cousin to her. We have gone on many family trips with Schyular to Disney, out on the boat tubing, SeaWorld, Zoo and out to eat. I feel like Schyular is more

than a nephew to me, he is more like a son, he would come to me when he had something on his mind so we could talk it out. Schyular was a cub scout, then a boy scout and later in a group of boys that loved scouting but aged out of boy scouts. Mentoring the younger scouts. Schyular was active in his church and got my daughter interested in going to church also. I am very proud of the man Schyular is becoming by giving back to his country by joining the Marines. I am excited for Schyular's future as he grows because he is kind, caring, giving and very loving.  My hope for him is that he is a productive adult and has a full career in the military, that he finds love and has children that I can spoil. Thank you for your time in hearing me tell you about Schyular.

Respectfully, Hannah Lloyd