**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:23-cr-147-MMH-JBT

**SCHUYLAR QUINTON WILLIS**

___

**UNOPPOSED MOTION TO CONTINUE SENTENCING
AND MEMORANDUM OF LAW**

The Defendant, **SCHUYLAR QUINTON WILLIS**, by and through his undersigned attorney, files this Unopposed Motion to Continue the Sentencing set for May 28, 2024, at 10:30 a.m. and states the following:

1. On May 14, 2024, counsel received notification that the Sentencing set for May 20, 2024, had been rescheduled for May 28, 2024, at 10:30 a.m.

2. Counsel has a previously scheduled medical procedure set for all day on May 28, 2024 and will be unavailable to appear at the Sentencing.

3. Counsel requests the Sentencing be reset to an alternative date and time to accommodate the aforementioned medical procedure.

1

4. Ashley Washington, AUSA, indicates no opposition to this motion.

5. This motion is not made for the purpose of unduly delaying the proceedings herein.

## MEMORANDUM OF LAW

A continuance may be allowed by order of the Court for good cause shown. See Local Rule 3.08.

**WHEREFORE**, Counsel requests that this Honorable Court continue the currently scheduled sentencing to a day and time that all parties are available.

Dated: May 14, 2024.

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Kathryn Sheldon, Esq.*
Kathryn Sheldon, Esquire
Assistant Federal Defender
Fla Bar Number 1019538
200 West Forsyth Street
Suite 1240
Jacksonville FL 32202
Telephone: 904-232-3039
Facsimile: 904-232-1937
Kathryn_sheldon@fd.org

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Motion to Continue Sentencing and Memorandum of Law* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 14th day of May 2024.

*/s/Kathryn Sheldon, Esquire*
Assistant Federal Defender