**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA            CASE NO. 3:23-cr-147-MMH-JBT

v.

SCHYULAR QUINTON WILLIS

<u>Counsel for Government:</u>             <u>Counsel for Defendant:</u>
Ashley Washington                     Kathryn Sheldon

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles       Court Reporter: Katharine Healey
U.S. Probation: Kyle McCrohan

# CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

The Clerk of the Court is directed to seal Defendant's Sentencing Memorandum (Dkt. No. 40). Counsel for Defendant is directed to file a properly redacted Sentencing Memorandum.

Plea previously accepted.

Defendant adjudged guilty on Count **One of the Indictment**

Imprisonment:  **TWO HUNDRED TEN (210) MONTHS**

The Court makes the following recommendation to the Bureau of Prisons:
- The Court recommends designation to the facility located in Seagoville, Texas in order to allow Defendant to receive the benefit of the Bureau of Prisons' sex offender treatment that is available at that facility.
- In the event designation to Seagoville, Texas is not available, the Court stresses the need to designate Defendant to a facility with the greatest degree of sex offender treatment available.

Supervised Release:   **SEVEN (7) YEARS**

Special conditions of supervised release:
- Defendant shall participate in a mental health treatment program.
- Defendant shall participate as directed in a mental health program specializing in sexual offender treatment and submit to polygraph testing.

- Defendant shall register with the state sexual offender registration agency in any state where he resides, visits, is employed, carries on a vocation, or is a student. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes.
- Defendant shall have no direct contact with minors and shall refrain from entering into any area where children frequently congregate.
- Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.
- Defendant is prohibited from either possessing or using a computer capable of connecting to an online service or an internet service provider.
- Defendant shall have no contact, direct or indirect, with the victim identified in Count 1, MV1.
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle.
- Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation office.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Mandatory drug testing suspended.

Special Assessment:   **$100.00**   to be paid immediately.

Restitution:  A restitution hearing is set for **September 9, 2024, at 1:30 p.m.**

Counsel for Defendant is directed to file a notice advising the Court whether Defendant waives his right to be present at the restitution hearing.

Count Two of the Indictment is dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: June 21, 2024         Time: 2:04 p.m. – 3:11 p.m.         Total: 1 Hour, 7 Minutes